JS-6

DAVID HOLMQUIST, General Counsel, SBN 179872
DIANE H. PAPPAS, Associate General Counsel II, SBN 102855
D. DENEEN EVANS COX, Assistant General Counsel, SBN 204792
deneen.cox@lausd.net
Office of General Counsel Los Angeles Unified School District
333 South Beaudry Avenue, 20th Floor
Los Angeles, California 90017
Telephone: (213) 241-7600; Facsimile: (213) 241-3311

FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUE ANN SALMON EVANS, SBN 151562; sevans@DWKesq.com
DEBORAH ETTINGER UNGAR, SBN 207763; dettinger@DWKesq.com
ANAHID HOONANIAN, SBN 196679; ahoonanian@DWKesq.com
DANNIS WOLIVER KELLEY
301 East Ocean Boulevard, Suite 1750
Long Beach, CA 90802
Telephone: (562) 366-8500; Facsimile: (562) 366-8505

Attorneys for Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, PORTER VALLEY MIDDLE SCHOOL, LAUSD BOARD OF EDUCATION, LAUSD SPECIAL EDUCATION SUPPORT UNIT-NORTH, LAUSD OFFICE OF THE SUPERINTENDENT, DONNALYN JAQUES-ANTON, MICHELLE DUNNER, JOYCE EDELSON AND MARGARET FARRELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYLA LAUFENBERG, et al., | Case No. CV09-8151-SVW (AJWx) |
| Plaintiffs, | [PROPOSED] FINAL JUDGMENT |
| v. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., | DEPT: 6<br>JUDGE: Stephen V. Wilson |
| Defendants. | Complaint Filed: November 6, 2009 |

1  Pursuant to the Court's Order dated June 28, 2010, the Court enters the following
2  Judgment:
3  Defendants' Los Angeles Unified School District, Porter Valley Middle School, LAUSD
4  Board of Education, LAUSD Special Education Unit-North, LAUSD Office of the
5  Superintendent, Donnalyn Jaques-Anton, Michelle Dunner, Joyce Edelson and Margaret Farrell's
6  ("collectively Defendants") Motion for Summary Judgment is GRANTED with respect to
7  Plaintiffs' Shayla Laufenberg and Tawna Laufenberg ("Plaintiffs") federal claims. Plaintiffs'
8  state-law claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: 7/15/10

HON. Stephen V. Wilson
United States District Judge